UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>Plaintiff,<br><br>v.<br><br>GOLD KEY STORAGE, et al.,<br><br>Defendants. | No. 2:24-cv-00835-TLN-CKD<br><br>**ORDER** |

    Plaintiff, proceeding without counsel, filed the above-captioned action. This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On May 14, 2024, the magistrate judge filed findings and recommendations, which contained notice that any objections to the findings and recommendations were to be filed within 21 days. (ECF No. 5.) Plaintiff did not file any objections to findings and recommendations.

    Although Plaintiff's copy of the findings and recommendations was returned as undeliverable, Plaintiff was properly served. It is Plaintiff's responsibility to always keep the Court apprised of Plaintiff's current address. Pursuant to Local Rule 182(f), service of documents at a party's record address is fully effective.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1 | Accordingly, IT IS HEREBY ORDERED as follows:

2 | 1.  The findings and recommendations, filed on May 14, 2024 (ECF No. 5), are
3 | ADOPTED IN FULL;
4 | 2.  Plaintiff's Complaint is DISMISSED without leave to amend; and
5 | 3.  The Clerk of the Court is directed to close this case.

Date: June 28, 2024

_____
Troy L. Nunley
United States District Judge

2